ACCEPTED
14-15-00156-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 11:52:04 AM
CHRISTOPHER PRINE
CLERK

# Allen C. Isbell

### Attorney at Law

Board Certified Criminal Law
Board Certified Criminal Appellate Law
College of the State Bar, Member

2016 Main, Suite 110
Houston, Texas 77002
(713) 236-1000
(713) 236-1809 Fax

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 11:52:04 AM
CHRISTOPHER A. PRINE
Clerk

April 30, 2015

Clerk,
Fourteenth Court of Appeals
301 Fannin, Ste. 245
Houston, Texas 77002

> **Re:   No. 14-15-00155-CR & 14-15-00156-CR; LARRY TORRES vs.
> State of  Texas; Trial Court No(s). 1385626 & 1385627;**

## Change of Address

Dear Sir/Madame:

Please accept this letter as a formal request to update the current address on file, which is 202 Travis, Suite 208, Houston, Texas 77002.

**Please forward all future correspondence to 2016 Main, Ste. 110, Houston, Texas 77002.**

I am sending a true and correct copy of this letter to the District Attorney's Office, Appellate Division, and to Mr. Larry Torres, appellant.

If you have any questions, please call.

Very truly yours,

*/s/ Allen C. Isbell*
Allen C. Isbell

ACI/mr